1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LOUIS FRANCIS,

             Plaintiff,

   v.

FEDERAL BUREAU OF
INVESTIGATION,

           Defendant.

_____/

CASE NO. 1:06-CV-00968-OWW-LJO-P

ORDER DIRECTING CLERK OF THE COURT
TO REDESIGNATE CASE, REASSIGN
JUDGES, AND SEND NOTICE OF NEW
CASE NUMBER

On July 25, 2006, Plaintiff Louis Francis filed the complaint upon which this action proceeds. The Clerk of the Court incorrectly designated the action as one involving a prisoner litigating the conditions of his confinement at a California state prison.  Upon further review of the Court, it has been determined that the present action does not involve state prison conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to:

    1.     Change the designation of the present case to reflect that of a regular civil action;

    2.     Randomly assign new judges to the case; and

    3.     Send a notice of the new case number to all parties in this action.

IT IS SO ORDERED.

**Dated:**   **July 28, 2006**                **/s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE