# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS, | 1:06cv0968 AWI DLB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO DIRECT SERVICE |
| v. | (Document 8) |
| FEDERAL BUREAU OF INVESTIGATIONS, | |
| Defendant. | |

Plaintiff Louis Francis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this action. Plaintiff filed his complaint on July 25, 2006.

On October 23, 2006, Plaintiff filed a motion requesting that the Court direct the U.S. Marshal to serve his complaint. However, the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court will direct the United States Marshal to serve the complaint only after it screens the complaint and determines that it contains cognizable claims for relief against the named defendant.

Accordingly, as Plaintiff's complaint has not yet been screened, his motion is premature and is therefore DENIED.

IT IS SO ORDERED.

Dated: **December 1, 2006**          **/s/ Dennis L. Beck**
3b142a                                UNITED STATES MAGISTRATE JUDGE