1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LOUIS FRANCIS,                          )    1:06cv0968 AWI DLB
                                        )
                                        )
           Plaintiff,                   )    ORDER GRANTING DEFENDANT'S
                                        )    EX PARTE REQUEST FOR
      v.                                )    EXTENSION OF TIME
                                        )
FEDERAL BUREAU OF                       )    (Document 22-1)
INVESTIGATIONS,                         )
                                        )
                                        )
                                        )
           Defendant.                   )
_____        )

17
18
19

      On April 20, 2007, Defendant filed an ex parte request to extend time pursuant to Local

Rule 6-144(c).  Defendant requests that it be granted until June 1, 2007, to file an answer to the

complaint.

20
21

      Defendant's request is GRANTED.  Defendant shall file its answer on or before June 1,

2007.

22
23
24

      IT IS SO ORDERED.

      **Dated:    April 23, 2007**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1