1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS FRANCIS, | ) | 1:06cv0968 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S REQUEST |
| | ) | FOR EXTENSION OF TIME TO OPPOSE |
| v. | ) | DEFENDANT'S MOTIONS |
| | ) | |
| FEDERAL BUREAU OF | ) | (Document 28) |
| INVESTIGATIONS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

17    On December 12, 2007, Defendant filed a motion to dismiss Plaintiff's complaint as well

18  as a motion to stay discovery pending resolution of the motion to dismiss.

19    On December 26, 2007, Plaintiff filed an application for an extension of time to file an

20  opposition to these motions.  He explains that his access to the prison law library is restricted

21  because of a lock-down status.  Plaintiff requests 14 days from January 6, 2008, to file his

22  oppositions.

23    Good cause appearing, Plaintiff's request is GRANTED.  Plaintiff shall file his

24  oppositions to Defendant's motions no later than January 25, 2008.

IT IS SO ORDERED.

**Dated:**   **January 3, 2008**          /s/ **Dennis L. Beck**
25                                    UNITED STATES MAGISTRATE JUDGE

26
27
28

1