# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATIONS,<br><br>        Defendant. | 1:06cv0968 AWI DLB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS<br><br>(Document 31) |

On December 12, 2007, Defendant filed a motion to dismiss Plaintiff's complaint as well as a motion to stay discovery pending resolution of the motion to dismiss.

On December 26, 2007, Plaintiff filed an application for an extension of time to file an opposition to these motions. He explained that his access to the prison law library was restricted because of a lock-down status. On January 4, 2008, the Court granted the motion and ordered Plaintiff to file his oppositions on or before January 25, 2008.

On January 17, 2008, Plaintiff filed another request for an extension of time to file an opposition to the pending motion to dismiss. He also filed a statement of non-opposition to Defendant's motion for stay of discovery. In this request, Plaintiff explains that he needs additional time to finalize, serve and file his opposition because his property was taken in anticipation of his transfer. He has been informed that he will receive his property back some time during the week of January 13, 2008, and therefore requests a thirty day extension.

1    It is unclear whether Plaintiff received the Court's prior order granting him until January
2 25, 2008, to file his opposition. In any event, due to the circumstances of Plaintiff's transfer, the
3 Court will grant his request.
4    Good cause appearing, Plaintiff's request is GRANTED. Plaintiff shall file his
5 opposition to Defendant's motion to dismiss within thirty (30) days of the date of service of this
6 order. As this is Plaintiff's second request for an extension of time, further requests are
7 discouraged absent extraordinary circumstances.

9    IT IS SO ORDERED.
10   Dated:   **January 18, 2008**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE