# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS FRANCIS, | ) | 1:06cv0968 AWI DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY |
| v. | ) ) | (Document 27) |
| FEDERAL BUREAU OF INVESTIGATIONS, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff Louis Francis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this complaint on July 25, 2006.

On December 12, 2007, Defendant filed a motion to dismiss the complaint along with a request to stay discovery pending resolution of the motion to dismiss. Plaintiff currently has until February 25, 2008, to oppose the motion to dismiss.

Defendant has responded to a majority of Plaintiff's discovery, but seeks to stay discovery pending the outcome of its motion to dismiss so as to avoid unnecessary time and expense, as well as potential privacy interest issues. Given that the pending motion is potentially dispositive of the action and that the Court can decide the motion based on Plaintiff's complaint, the Court GRANTS Defendant's request to STAY DISCOVERY.

1  The parties will be instructed on the recommencement of discovery, if necessary, after the
2  Court decides the motion to dismiss.

4  IT IS SO ORDERED.

5  Dated:   **January 30, 2008**              /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE