1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LOUIS FRANCIS,

               Plaintiff,

    v.

FEDERAL BUREAU OF
INVESTIGATIONS,

               Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:06cv0968 AWI DLB

ORDER GRANTING DEFENDANT'S EX
PARTE REQUEST FOR EXTENSION OF
TIME

(Document 43)

On December 12, 2007, Defendant filed a motion to dismiss Plaintiff's complaint.  After receiving numerous extensions of time, Plaintiff filed his opposition on February 7, 2008.

On February 29, 2008, Defendant filed an ex parte request to extend time to file a reply to Plaintiff's opposition.  Defendant's request is GRANTED.  Defendant shall file its reply brief no later than March 13, 2008.

IT IS SO ORDERED.

**Dated:   March 4, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1