# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS,<br><br>          Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATIONS,<br><br>          Defendant. | 1:06cv0968 AWI DLB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br><br>(Document 51) |

On April 16, 2008, the Court issued Findings and Recommendation that Defendant's motion to dismiss be granted without leave to amend as to the First and Second Cause of Action, and denied as to the Third Cause of Action. Objections were due on or before May 19, 2008.

On May 21, 2008,[1] Plaintiff filed a request to extend time to file objections. Plaintiff's request is GRANTED. To ensure that Plaintiff has adequate time, his objections shall be filed within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   May 27, 2008              /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The request was signed and mailed by Plaintiff on May 14, 2008.

1