# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS, | ) 1:06cv0968 AWI DLB |
| | ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS<br>) AND RECOMMENDATION<br>) (Document 50) |
| v. | ) |
| | ) ORDER LIFTING STAY OF DISCOVERY |
| FEDERAL BUREAU OF<br>INVESTIGATIONS, | ) |
| | ) |
| Defendant. | ) |

On April 16, 2008, the Magistrate Judge issued Findings and Recommendation that the motion to dismiss filed by Defendant Federal Bureau of Investigations ("Defendant") be GRANTED IN PART AND DENIED IN PART. Specifically, the Court recommended that Defendant's motion to dismiss be granted as to the First and Second Causes of Action and that they be dismissed without leave to amend. The Court further recommended the motion to dismiss be denied as to the Third Cause of Action. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. After receiving an extension of time, Plaintiff filed his objections on June 2, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and

1  proper analysis.  Insofar as Plaintiff requests that he be allowed to amend the complaint to state a
2  disability discrimination or Bivens claim against Defendant, his request is denied.  Plaintiff may
3  not change the nature of this suit by adding new claims in his amended complaint.  See George
4  v. Smith, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot" complaints); Fed.R.Civ.Pro.20(a)(2)
5  (defendants may be joined in one action as defendants if any right to relief is asserted against
6  them arising out of the same transaction, occurrence, or series of transactions or occurrences);
7  Fed.R.Civ.Pro.18(a) (allowing multiple claims against opposing party but not multiple unrelated
8  claims against different defendants).   While arguably all Plaintiff's proposed claims are based
9  on Plaintiff's search for what happened to his brother, a claim alleging FBI agents violated the
10 Constitution does not legally arise out of the same transaction and occurrence as Plaintiff's FOIA
11 requests.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendation issued April 16, 2008, is ADOPTED IN
        FULL;
    2.  Defendant's motion to dismiss is GRANTED IN PART AND DENIED IN PART.
        The First and Second Causes of Action are DISMISSED WITHOUT LEAVE TO
        AMEND.  The motion to dismiss is DENIED as to the Third Cause of Action; and
    3.  The January 30, 2008, order staying discovery is LIFTED.  Related deadlines will
        be set forth in a separate order.

IT IS SO ORDERED.

**Dated:   June 20, 2008**                    /s/ Anthony W. Ishii
                                       UNITED STATES CHIEF DISTRICT JUDGE