# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS, | 1:06cv0968 AWI DLB |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR STAY OF ACTION (Document 54) |
| v. | |
| FEDERAL BUREAU OF INVESTIGATIONS, | ORDER REQUIRING FILING STATUS REPORTS |
| Defendant. | |

Plaintiff Louis Francis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this action, filed on July 25, 2006.

On June 20, 2008, the Court adopted the Findings and Recommendation granting in part and denying in part Defendant's motion to dismiss. The only remaining cause of action is Plaintiff's Freedom of Information Act ("FOIA") request for information relating to the Los Angeles Police Department's Rampart Division.

Also on June 20, 2008, Defendant filed a motion to stay the action pursuant to 5 U.S.C. § 552(a)(6)(C) and Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976). Specifically, Defendant requests the stay to allow it to (1) complete its processing of Plaintiff's FOIA request; and (2) prepare a Vaughn[1] Index identifying appropriate exemptions to

---

[1] Vaughn v. Rosen, 484 F.2d 820 (D.C.Cir. 1973).

1

disclosure, if any.  Defendant believes that there are approximately 3,730 pages remaining to review and process, and estimates that it can review and process approximately 1,000 pages per month.  Defendant therefore requests a four month stay, believing that this will be a sufficient amount of time to complete Plaintiff's request.  Defendant states that it will produce documents in monthly increments to Plaintiff as it responds to his request, with the first production in June 2008.  Defendant also indicates that it has provided Plaintiff with a discretionary fee waiver.

On July 7, 2008, Plaintiff filed a statement of non-opposition.  He states that he does not oppose Defendant's request for a four month stay, but asks that he be allowed to "withdraw" his non-opposition should Defendant fail to produce documents.  In this regard, he states that as of June 26, 2008, he has not received any documents.

Based on Defendant's assurances and proposed time line for disclosure, as well as Plaintiff's non-opposition to the merits of the motion, the Court GRANTS Defendant's motion for stay.  This action will be STAYED until November 30, 2008.

To ensure that production of documents proceeds as Defendant proposes, the Court will require Defendant to submit STATUS REPORTS every thirty (30) days until the stay is lifted, with the first status report due fifteen (15) days after the date of this order.  The status reports shall identify the number of documents produced to Plaintiff, as well as a brief synopsis of Defendant's progress in processing the request.

IT IS SO ORDERED.

Dated:   **July 11, 2008**                              **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE