# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS FRANCIS, | ) | 1:06cv0968 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S REQUEST FOR SANCTIONS |
| v. | ) | |
| | ) | (Document 59) |
| FEDERAL BUREAU OF INVESTIGATIONS, | ) | |
| | ) | |
| Defendant. | ) | |

   This action is currently stayed pursuant to the Court's July 15, 2008, order granting Defendant's request to stay the action to allow it to process Plaintiff's FOIA request. Although the Court stayed the action, it required Defendant to submit periodic status reports.

   On July 23, 2008, Defendant filed its first status report, indicating that the FBI has processed 1,105 pages and that all portions not subject to FOIA exemptions would be mailed to Plaintiff no later than Friday, July 25, 2008.

   On July 28, 2008, Plaintiff filed a request for sanctions. He states that as of July 19, 2008, he has not received any documents. Plaintiff signed and mailed his request to the Court on July 23, 2008.

   It therefore appears that Plaintiff sent his request for sanctions prior to Defendant's mailing of 1,105 pages. Based on this, his request for sanctions is DENIED.

1   The Court is cognizant of both Plaintiff's desire for the information as well Defendant's
2  need for adequate time to compile the records, and will attempt to balance these interests as the
3  document production proceeds.  At this point, the Court is satisfied that Defendant is producing
4  records at a satisfactory pace, and it will remain informed of the production via future status
5  reports.  Should the situation change, the Court will take appropriate action.

6   IT IS SO ORDERED.

7   **Dated:   August 11, 2008**              /s/ **Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE