# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FRANCIS,<br><br>            Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATIONS,<br><br>            Defendant. | 1:06cv0968 AWI DLB<br><br>ORDER DENYING<br>PLAINTIFF'S REQUESTS<br><br>(Document 63) |

This action is currently stayed pursuant to the Court's July 15, 2008, order granting Defendant's request to stay the action to allow it to process Plaintiff's FOIA request. Although the Court stayed the action, it required Defendant to submit periodic status reports.

On July 23, 2008, Defendant filed its first status report, indicating that the FBI had processed 1,105 pages and that **all portions not subject to FOIA exemptions** would be mailed to Plaintiff no later than Friday, July 25, 2008. On August 12, 2008, the Court denied Plaintiff's motion for sanctions, explaining that the Court was satisfied with the pace of production.

On August 26, 2008, Defendant's status report indicated that 193 pages of documents had been reviewed and of those, 74 would be released to Plaintiff.

In its September 22, 2008, status report, Defendant indicated that 2,079 pages had been reviewed and 375 of those pages would be released to Plaintiff.

On September 26, 2008, Plaintiff filed a document in which he asks to withdraw his non-opposition to Defendant's motion to stay, sets forth his intention to file a motion for summary judgment, and asks that the Court appoint a Special Master to oversee production. Plaintiff explains that he did not oppose the stay because Defendant indicated it would release 1,000 pages each month, beginning in June 2008. He believes that because this has not occurred, the stay must be lifted because Defendant is not acting in good faith.

Plaintiff, however, misunderstands the document review process. Defendant did not indicate it would *release* 1,000 pages per month to Plaintiff, but rather that it would *review* 1,000 pages a month and release the **non-exempt documents** to Plaintiff. As of this date, Defendant has reviewed over 3,000 pages and given that the stay was granted in July, it is on track with the amount of documents it said it would review.

Accordingly, the Court will continue the stay until November 30, 2008, the date originally set in the order granting the stay. The Court also declines to appoint a special master at this time, Vaughn v. Rosen, 484 F.2d 820 (D.C.Cir. 1973), given that production is not yet complete, Defendant has not had an opportunity to support its claims of exemption in this action, and the amount of documents in question would not likely be overburdensome to the Court.

IT IS SO ORDERED.

Dated:    **October 4, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE