# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS FRANCIS, | ) | 1:06cv0968 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUEST FOR RECONSIDERATION |
| v. | ) | |
| | ) | (Document 66) |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATIONS, | ) | |
| | ) | |
| Defendant. | ) | |

This action is currently stayed pursuant to the Court's July 15, 2008, order granting Defendant's request to stay the action to allow it to process Plaintiff's FOIA request. Although the Court stayed the action, it required Defendant to submit periodic status reports.

Defendant has submitted numerous status reports to the Court, with the most recent submitted on October 28, 2008. Plaintiff has also submitted numerous filings during the stay, most of which indicated that he had not received any documents.

On October 28, 2008, Plaintiff filed a request for reconsideration in which he asks that the Magistrate reconsider the October 6, 2008, order denying Plaintiff's request for sanctions. He states that he has still not received any documents, despite Defendant's indications that documents have been released.

In Defendant's October 28, 2008, status report, it acknowledges Plaintiff's complaints and explains that his contention "appears to be correct" because the FBI was sending letters and

1

1  documents to Plaintiff's prior address.  Counsel for Defendant indicates that he has contacted the
2  FBI and asked it to ensure that it is sending all documents to Plaintiff's current address.  Counsel
3  also attaches an October 15, 2008, letter to Plaintiff explaining this.  Exhibit B, attached to Status
4  Report.

5       Accordingly, because it appears that the mistake has been corrected, Plaintiff's request for
6  reconsideration is DENIED.

7       The October 28, 2008, status report further indicates that the FBI has completed its
8  review of documents.  The Court will continue the stay through November 30, 2008, however, to
9  ensure that the FBI corrects the address error and that Plaintiff receives the documents.  The
10  Court will lift the stay on that date absent evidence that Plaintiff has not received the documents.

11     IT IS SO ORDERED.

12     **Dated:**   **November 3, 2008**         **/s/ Dennis L. Beck**
13                                              UNITED STATES MAGISTRATE JUDGE