IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS FRANCIS,** | **1:06-CV-0968 AWI DLB** |
| **Plaintiff**, | **ORDER ADOPTING  FINDINGS AND RECOMMENDATIONS** |
| **v.** | |
| **FEDERAL BUREAU OF, INVESTIGATIONS** | **ORDER GRANTING MOTION TO DISMISS IN PART AND DENYING MOTION IN PART** |
| **Defendant.** | **[Doc. #26 & #50]** |

On December 12, 2007, Defendant filed a motion to dismiss.  The matter was referred to United States Magistrate Judge Dennis L. Beck pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.  On April 16, 2008, Magistrate Judge Dennis L. Beck filed Findings and Recommendations that recommended Defendant's motion be granted in part and denied in part. Specifically, Magistrate Judge Dennis L. Beck found that this action should only proceed on the third cause of action based on Plaintiff's February 3, 2005 FOIA request.  These Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.   After receiving an extension of time, Plaintiff filed objections on June 2, 2008.

On July 15, 2008, this action was stayed to allow Defendant time to process Plaintiff's FOIA request and provide Plaintiff with documents.   On December 9, 2008, Magistrate Judge

1

Dennis L. Beck lifted the stay.   On February 2, 2009, Magistrate Judge Dennis L. Beck vacated the scheduling order and ordered that, given the unique posture of a FOIA request, this action should be decided by a dispositive motion, in which the court could consider whether Defendant had provided Plaintiff with all documents Plaintiff is legally entitled to.  Magistrate Judge Dennis L. Beck ordered that all dispositive motions shall be filed by July 1, 2009.

An administrative review of the file reveals that the undersigned never adopted the April 16, 2008 Findings and Recommendations.   While the parties and court have been proceeding on only the third cause of action based on Plaintiff's February 3, 2005 FOIA request, the court has never formally dismissed the first and second causes of action.   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, including the objections, the court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, the court orders that:

1.   Defendant's motion to dismiss the first and second causes of action is GRANTED;

2.   The first and second causes of action are DISMISSED without leave to amend;

3.   Defendant's motion to dismiss the third cause of action is DENIED;

4.   Pursuant to Magistrate Judge Dennis L. Beck's order, all dispositive motions SHALL be filed by July 1, 2009;

5.   This action is referred back to Magistrate Judge Dennis L. Beck for further proceedings.

IT IS SO ORDERED.

**Dated:   March 3, 2009**                    /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE