# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS FRANCIS, | ) | 1:06cv0968 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR LEAVE TO FILE SAMPLE *VAUGHN* INDEX AND RESET SCHEDULE |
| v. | ) | |
| FEDERAL BUREAU OF INVESTIGATIONS, | ) | |
| Defendant. | ) | |

Plaintiff Louis Francis ("Plaintiff") is proceeding pro se and informa pauperis in this Freedom of Information Act, filed on July 25, 2006. The deadline for dispositive motion is currently July 1, 2009.

On May 29, 2009, Defendant filed a motion for leave to file a sample Vaughn index and reset the schedule. Specifically, Defendant suggests that Plaintiff be allowed to chose 5 percent of the partially redacted documents in his possession (approximately 800 pages) and that it be allowed to chose 5 percent of the wholly withheld documents in its possession (approximately 2700 pages). These documents would make up the sample for which Defendant would submit its Vaughn index. Vaughn v. Rosen, 484 F.2d 820, 826-28 (D.C.Cir. 1973); Weisberg v. U.S. Dep't of Justice, 745 F.2d 1476, 1490 (D.C.Cir. 1984) ("The sampling procedure is appropriately employed, where as here the number of documents is excessive and it would not realistically be possible to review each and every one.").

Defendant further requests that it be given 120 days after Plaintiff identifies his 5 percent sample to draw the remainder of the sample, prepare its <u>Vaughn</u> index on the sampled documents and write and file its dispositive motion.

Plaintiff is therefore ordered to either oppose this motion or inform the Court that he does not oppose Defendant's requests within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **June 4, 2009**              /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE